Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR DEFENDANT
AND CROSS-COMPLAINANT,
SAMUEL REGACHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFUND CCR PARTNERS, | Case No. C 07-02269 SC |
| Plaintiff, | |
| v. | **DISMISSAL WITH PREJUDICE** |
| SAMUEL REGACHO. | |
| Defendant. | |
| SAMUEL REGACHO, | |
| Cross-Complainant, | |
| v. | |
| PALISADES COLLECTION, LLC; UNIFUND CCR PARTNERS; CIR LAW OFFICES, LLP; CHRISTOPHER BEYER, an individual, MICHAEL D. KAHN, an individual, | |
| Cross-Defendants. | |

Pursuant to Rule 41(a)(1), of the FRCP, Defendant and Cross-Complainant, Samuel Regacho, dismisses the herein Complaint as to Plaintiff and Cross-Complainants captioned above, with prejudice.

Dated: 9-28-07

_____
Irving L. Berg
Attorney for Defendant and Cross-Complainant.

SAMUEL REGACHO

Dated: 10/9/2007

_____
Tomio B. Narita
Simmonds & Narita LLP
Attorney for Plaintiff and Cross-Defendants,

PALISADES COLLECTION, LLC; UNIFUND
CCR PARTNERS; CIR LAW OFFICES, LLP;
CHRISTOPHER BEYER, an individual,
MICHAEL D. KAHN, an individual

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Samuel Conti